STEVEN M. SPECTOR (SBN: 51623)
Email: sspector@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff, PNC BANK, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>HANEY TRUCK LINE, LLC, an Oregon limited liability company; HANEY LOGISTICS, LLC, an Oregon limited liability company; GREAT AMERICAN TRANSPORT, LLC, a California limited liability company; EASLEY HAULING SERVICE, INC., a Washington corporation; HANEY TRANSPORTATION AND LOGISTICS, LLC, a Delaware limited liability company; RICHARDSON LEASING, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:18-cv-00827-RAO<br><br>Assigned to Magistrate Judge Rozella A. Oliver<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION**<br><br>**[NO HEARING REQUIRED]** |

## **ORDER**

Upon the Request of Plaintiff for dismissal of this action and good cause appearing,

IT IS HEREBY ORDERED that the above action be and the same is hereby dismissed.

DATED: April 23, 2019  _____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 36237957v1